# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                                                   **Case No. 04-CR-191**

**ERNESTO C. AMBRIZ, et al.,**

       Defendants.

### ORDER DENYING ALEJO URQUIZA'S MOTION FOR SEVERANCE

On April 22, 2005 this court ordered the defendants to file any motions for severance no later than May 5, 2005. On May 13, 2005, Alejo Urquiza ("Urquiza") filed a motion for severance from the other defendants, claiming that joinder will be substantially prejudicial based on Bruton v. United States, 391 U.S. 123 (1968). In support of this claim, Urquiza states that "other defendants have provided information and the investigations into their activities will create prejudice against [] Urquiza." No further specifics are provided, and no memoranda supports Urquiza's motion.

Without particularization, this court has no way of knowing to which statements of co-defendants Urquiza refers and in what manner they allegedly prejudice the defendant. Moreover, Urquiza fails to state good cause to file his severance motion beyond the deadline. For these reasons, the court **denies** the defendant's motion **without prejudice.**

Dated at Milwaukee, Wisconsin, this 13th day of May, 2005.

                                                            s/AARON E. GOODSTEIN
                                                            United States Magistrate Judge